**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| **ADMIRAL INSURANCE COMPANY,**<br>*Plaintiff,*<br><br>v.<br><br>**SOLID WASTE SERVICES, INC. d/b/a**<br>**J.P. MASCARO & SONS et al,**<br>*Defendants.* | **Civil No. 24-3810** |

## ORDER

**AND NOW**, this 10th day of March 2026, upon consideration Plaintiff Admiral Insurance Company's Motion for Judgment on the Pleadings (ECF No. 31), Defendants Solid Waste Services, Inc. d/b/a J.P. Mascaro & Sons, Fox Transfer Station, Inc., and Great Valley Recycling, Inc.'s (collectively, the "Corporate Defendants") Motion for Judgment on the Pleadings (ECF No. 32), and all corresponding briefing, it is hereby **ORDERED** as follows:

1. Plaintiff's motion (ECF No. 31) is **GRANTED**.

2. Defendants' motion (ECF No. 32) is **DENIED**.

3. Judgment is entered in favor of Plaintiff and against Defendants.

4. The Clerk of Court shall mark this case **CLOSED**.

**BY THE COURT:**

_____
MARY KAY COSTELLO, J.